01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | |
| | **)** | CASE NO. MJ22-441 |
|      Plaintiff, | **)** | |
| | **)** | |
|     v. | **)** | |
| | **)** | DETENTION ORDER |
| MATTHEW R. SCHLEY, | **)** | |
| | **)** | |
|     Defendant. | **)** | |
| _____ | **)** | |

Offenses charged:

   1.  Possession of Controlled Substances with Intent to Distribute

Date of Detention Hearing:    September 15, 2022.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01     <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.     Defendant has been charged with a drug offense, the maximum penalty of which

03 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).   The government alleges that

05 Defendant was arrested after he was spotted in a "NO TRESPASS" area with 127.5 grams of

06 methamphetamine, 11.3 grams of heroin, 94 suspected fentanyl pills, and half a gram of

07 suspected crack cocaine. Defendant also had multiple knives, multiple cell phones, and a few

08 hundred dollars in cash on his person.

09          2.     Defendant poses a risk of flight based on 18 prior failures to appear, an extensive

10 history of substance abuse, and a lack of stable residence.   Defendant is a danger to the

11 community based on a pattern of substance abuse and of similar crimes involving weapons

12 and/or drug possession.   Defendant is currently detained in connection with case number 2:19-

13 CR-00247 and does not contest detention at this time.

14          3.     There does not appear to be any condition or combination of conditions that will

15 reasonably assure the defendant's appearance at future Court hearings while addressing the

16 danger to other persons or the community.

17 It is therefore ORDERED:

18 1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

19      General for confinement in a correction facility separate, to the extent practicable, from

20      persons awaiting or serving sentences or being held in custody pending appeal;

21 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

22 3. On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

01    in charge of the corrections facility in which defendant is confined shall deliver the

02    defendant to a United States Marshal for the purpose of an appearance in connection with a

03    court proceeding; and

04    4.    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05    the defendant, to the United States Marshal, and to the United State Probation Services

06    Officer.

07    DATED this 16th day of September, 2022.

08

09    S. KATE VAUGHAN
      United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3